# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Joseph L. Gardenhire and Arleen H. Gardenhire, individually and as Co-Guardians and Co-Conservators of the Estate of Austin R. Gardenhire, | )<br>)<br>)<br>) |
| Plaintiffs, | ) **ORDER** |
| vs. | )<br>) Case No. 1-18-cv-51 |
| Montana Midwest, Inc., et al., | ) |
| Defendants. | ) |

Before the court is a Stipulated Motion to Stay Proceedings. (Doc. No. 7). In the motion, the parties indicate they have reached a tentative resolution of this matter, but a final resolution of this matter may take several months. They ask the court to stay this matter six months. After consideration, the court **GRANTS** the parties' motion. Accordingly, the case shall be **STAYED** until October 31, 2018. If the parties cannot come to a final resolution of the matter, they shall advise the court prior to that date.

**IT IS SO ORDERED.**

Dated this 27th day of April, 2018.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court